UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMER I. BAKRI,<br><br>                  Plaintiff,<br><br>vs.<br><br>BERKLEE COLLEGE OF MUSIC, INC.,<br><br>                  Defendant. | Civil Action No. 1:19-cv-10621-WGY |

## LOCAL RULE 16.1(d) JOINT STATEMENT OF THE PARTIES

Pursuant to Fed. R. Civ. P. 26(f) counsel for Plaintiff Samer I. Bakri ("Plaintiff" or "Mr. Bakri") and counsel for Defendant Berklee College of Music, Inc. ("Defendant" or "Berklee") have conferred and submit this Joint Statement pursuant to Local Rule 16.1(d).

I. **Agenda of Matters to Be Discussed at Scheduling Conference**

    A.     Proposed Pretrial Schedule

           1.     Initial Disclosures

           2.     Discovery Plan

           3.     Motion Schedule

           4.     Pretrial Conference

    B.     Settlement Proposal/Mediation/Alternative Dispute Resolution

    C.     Trial by a Magistrate Judge

    D.     Any other matter listed in Fed. R. Civ. P. 16(c)

*[Handwritten annotation by the Court:]* May 7, 2019 — YOUNG, D.J. — So ordered as modified as the case management scheduling order. Discovery due Feb. 13, 2020. Dispositive Motions due March 1, 2020. /s/ William G. Young, U.S. District Judge

II. **Proposed Pre-Trial Schedule**

    A.     <u>Initial Disclosures</u>. Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by <u>May 13, 2019</u>.

B. <u>Amendments to Pleadings</u>. Except for good cause shown, no motions seeking to add new parties or to amend the pleadings to assert new claims or defenses may be filed after <u>May 29, 2019</u>.

C. <u>Fact Discovery – Interim Deadlines</u>.

1. All requests for production of documents and interrogatories must be served no later than <u>August 29, 2019</u>.

2. All requests for admissions must be served no later than forty-five (45) days prior to the start of trial.

3. All depositions, other than expert depositions, must be completed no later than <u>October 25, 2019</u>.

D. <u>Fact Discovery – Final Deadline</u>. All discovery, other than expert discovery, must be completed no later than <u>October 25, 2019</u>.

E. <u>Expert Discovery</u>.

1. Plaintiff's trial expert(s) must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed no later than <u>November 15, 2019.</u>

2. Defendant's trial expert(s) must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed no later than <u>December 30, 2019</u>.

3. The depositions of all trial experts must be completed no later than <u>February 13, 2020</u>, with the deposition of the Plaintiff's expert(s) to precede the deposition of the Defendant's expert(s).

F. <u>Dispositive Motions</u>.

1. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed no later than <u>March ~~10~~, 2020</u>. *May*

2. Oppositions to dispositive motions must be filed within ~~thirty (30)~~ *21* days after service of the motion.

3. Reply briefs may be filed within fifteen (15) days after service of an Opposition.

III. **Trial by Magistrate**

The parties do not consent to a trial by magistrate judge.

IV. **Stipulation**

The parties request that the Court permit them to stipulate to a modest extension of the deadlines outlined above if circumstances warrant such an extension.

V. **Phased Discovery**

In preparing this Joint Statement, the parties have taken into account the desirability of conducting phased discovery. The parties have considered and do not believe that a proposed agreement governing the preservation and production of electronically stored information is necessary in this case.

VI. **Local Rule 16.1(d)(3) Certifications**

The Parties will file their certifications pursuant to Local Rule 16.1(d)(3) separately.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **SAMER I. BAKRI,** | **BERKLEE COLLEGE OF MUSIC, INC.,** |
| By his Attorneys, | By its Attorneys, |
| /s/ Joseph S. Provanzano | /s/ Laurie R. Bishop |
| Joseph S. Provanzano (BBO No. 407400) | John T. Graff (BBO No. 664825) |
| *jp@joeprolaw.com* | *jgraff@hrwlawyers.com* |
| Law Offices Of Joseph S. Provanzano | Laurie R. Bishop (BBO No. 672535) |
| 16 Bourbon Street, Suite C | *lbishop@hrwlawyers.com* |
| Peabody, MA 01960-1545 | Hirsch Roberts Weinstein LLP |
| (978) 535-8222 | 24 Federal Street, 12th Floor |
| | Boston, MA 02110 |
| DATED: April 29, 2019 | DATED: April 29, 2019 |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 29, 2019.

/s/ Laurie R. Bishop
Laurie R. Bishop